# BARKET EPSTEIN
BARKET EPSTEIN KEARON ALDEA & LOTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

May 1, 2024

Hon. Colleen McMahon, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    McClam v. United States
            23-cv-4292

Dear Judge McMahon,

    This office represents the estate of Tony McClam. We are writing to notify the Court that the parties have made significant progress in settlement negotiations and believe they are very close to reaching an agreement. However, such settlement remains subject to the government approval process, which is estimated to take several weeks.

    Accordingly, the parties respectfully request that the discovery deadlines in this action be stayed by 30 days. The stay will enable the parties to conserve resources on discovery, including expert discovery, while we attempt to finalize an agreement. The parties propose notifying the Court, on or before, May 31, 2024, as to the status of the resolution of this matter.

    Thank you for your continued consideration.

                                               Respectfully,

                                               /s/ Alexander Klein
                                             Alexander Klein, Esq.

*[Handwritten endorsement: "OK" with signature "Colleen McMahon" dated 5/2/2024]*

*[Stamp: MEMO ENDORSED]*

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/7/2024]*